UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**In Re:**

**Letter Request from Canada in**

**Criminal Matter of Robert W. Penman**

**and Yvonne H. Regner,**

                                      CASE NO:  8:04-MC-33-T-30MAP

**Movant:**
**United States of America**
_____/

**ORDER OF DISMISSAL**

THIS MATTER comes before the Court *sua sponte*. Maria Chapa Lopez, counsel for Movant United States of America, has advised Chambers that this matter is concluded and the case may be closed. In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed without prejudice.

    2)    All pending motions are denied as moot.

    3)    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 19, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2004\04-mc-33.dismissal.wpd*